## OLIVER W. MILLER *versus* GIDEON LEET
## AND CHARLES LARNED

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1822): *Journal 3:* (1) Dismissed *p. 274.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.
*1822–23 Calendar*, MS p. 14.

## MELVIN DORR *versus* WILLIAM C. JOHNSON

JOURNAL ENTRIES (1822): *Journal 3:* (1) Rule for special bail or procedendo *p. 277; (2) rule for remand by procedendo *p. 307.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.
*1822–23 Calendar*, MS p. 54.

## SAMUEL WILKESON *versus* JOHN S. REED

JOURNAL ENTRIES (1822): *Journal 3:* (1) Rule for special bail or procedendo *p. 277; (2) rule for remand by procedendo *p. 307.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.
*1822–23 Calendar*, MS p. 40.